Unites States District Court for the
Southern District of New York
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

RECEIVED
SDNY PRO SE OFFICE
2019 JUN 21 AM 11: 53
S.D. OF N.Y.

Hon. Ona T. Wang
Civil Action No.: 1:19-cv-02552-LAK-OTW
Re: (NYSD-1241-FOLY)
Plaintiff: Strike3 HOLDINGS, LLC v. John Doe (Defendant)
CASE NO. 1:19-cv-02552-LAK-OTW
IP ADDRESS 74.66.83.211

June 17, 2019

Hon. Ona T. Wang,

Attached is a copy of the subpoena issued on 4/16/2019, to Charter Communications, Inc./Spectrum requesting the release of information on John Doe. In correspondence I've received from Charter Communications, Inc./Spectrum I have until June 20, 2019, to file an objection to the request with the court. Below I have noted my response to said request.

Correspondence was received from Ona T. Wang, the United States Magistrate Judge re: The **Plaintiff**: Strike 3 Holdings, LLC, has lodged a Civil Procedure against me (John Doe) and served a subpoena to my non-party Internet Service Provider Spectrum, to ascertain John Does' Identity.

It is my interpretation and understanding from The Memorandum Opinion &Order filed by the plaintiff claims that I was downloading from an unauthorized website, movies and or music that had been illegal obtained and then in turn I made it available to other parties for distribution. WHAT???

I am a senior citizen and have not now or at anytime downloaded anything that I had not legally obtained either because it was FREE or some service or item I PAID for. This subpoena is ridiculous and I am offended that my time is being wasted having to address this matter and that my privacy is being threatened by these bogus accusations being made against me.

In accordance with the documentation received I am addressing my correspondence to the court of the Hon. Ona T. Wang, United States Magistrate Judge, Strike 3 Holdings, LLC, and Charter Communications, Inc./Spectrum, that I (John Doe) am filing this motion with the court contesting this subpoena, including any request to litigate the subpoena anonymously. I John Doe (the subscriber) request that Spectrum not turn over any Identifying information to the plaintiff.

Thank you in advance for your assistance with this matter and I look forward to receiving further correspondence from the court via Charter communications, Inc., /Spectrum that this request for divulging my anonymity and the situation surrounding these circumstances has been dismissed.

Respectfully,

John Doe

CERTIFIED MAIL

7018 1830 0000 4607 9013

Att: Pro Se

United States District of Courts
500 Pearl Street, Room 200
New York, NY 10007

RETURN RECEIPT REQUESTED

2019 JUN 21 AM 11:20
S.D. OF NY

U.S. POSTAGE PAID
FCM LETTER
10029 NEW YORK, NY
JUN 18, 19
AMOUNT
$6.85
R2305M149382-17

10007

USDNY