**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
FOLEY SQUARE DIVISION**

STRIKE 3 HOLDINGS, LLC,

        Plaintiff,

v.                                       Case No. 1:19-cv-02552-LAK-OTW

JOHN DOE, subscriber assigned IP         Judge Lewis A. Kaplan
address 74.66.83.211,

        Defendant.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
<u>WITHOUT PREJUDICE OF JOHN DOE</u>**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 74.66.83.211. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: October 21, 2019                 Respectfully submitted,

                                                By:    /s/ *Jacqueline M. James*
                                                Jacqueline M. James, Esq. (1845)
                                                The James Law Firm, PLLC
                                                445 Hamilton Avenue, Suite 1102
                                                White Plains, New York 10601
                                                T: 914-358-6423
                                                F: 914-358-6424
                                                E-mail: jjames@jacquelinejameslaw.com
                                                *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                       By: /s/ *Jacqueline M. James*
                                                               Jacqueline M. James